# EXHIBIT "A"

FILED: KINGS COUNTY CLERK 11/05/2018 11:54 AM
INDEX NO. 522195/2018
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 11/05/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------------X

PETER HUNTER,

Index No.:
Date Purchased:

Plaintiff,

-against-

AIRCRAFT SERVICE INTERNATIONAL, INC.,

Defendant.

------------------------------------------------------------------------X

## SUMMONS

Plaintiff designates Kings
County as the place of trial.

The basis of venue is:
Plaintiff's residence

Plaintiff resides at:
315 6th Street - 3rd Floor
Brooklyn, New York 11215

**To the above named Defendant:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Mineola, New York
      October 31, 2018

KASTON & ABERLE, LLP

By:  _____
      **RICHARD M. ABERLE, ESQ.**
*Attorneys for Plaintiff*
259 Mineola Boulevard
Mineola, New York 11501
(516) 873-3040
File No. JM 5522

**TO:**   *Service via Secretary of State*
      *pursuant to §306*
      **AIRCRAFT SERVICE INTERNATIONAL, INC.**
      c/o Corporation Service Company
      80 State Street
      Albany, New York 12207-2543

1 of 7

Case 1:18-cv-06982-NGG-ST    Document 1-2    Filed 12/07/18    Page 3 of 10 PageID #: 10

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X          Index No.:

PETER HUNTER,

                                                                                   **VERIFIED COMPLAINT**

                                             Plaintiff,

          -against-

AIRCRAFT SERVICE INTERNATIONAL, INC.,

                                             Defendant.
------------------------------------------------------------------------X

          Plaintiff, PETER HUNTER, by his attorneys, KASTON & ABERLE, LLP, complaining of

the defendant, respectfully alleges, upon information and belief:

          1.          That at the time of the commencement of this action, plaintiff was and still is a

resident of the County of Kings, State of New York.

          2.          That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE

INTERNATIONAL, INC., was and still is a foreign business corporation duly organized and existing

pursuant to the laws of the State of Delaware.

          3.          That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE

INTERNATIONAL, INC., was and still is a business entity performing work in the State of New

York.

          4.          That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE

INTERNATIONAL, INC., was and still is a business entity authorized to do business in the State

of New York.

          5.          That on July 5, 2016, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC.,

was the owner of a container located at JFK International Airport, County of Queens, State of New

York.

Case 1:18-cv-06982-NGG-ST    Document 1-2    Filed 12/07/18    Page 4 of 10 PageID #: 11

6.      That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., operated the aforesaid container.

7.      That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., maintained the aforesaid container.

8.      That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., controlled the aforesaid container.

9.      That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., managed the aforesaid container.

10.     That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., inspected the aforesaid container.

11.     That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., repaired the aforesaid container.

12.     That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., cleaned the aforesaid container.

13.     That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., was responsible for keeping the aforesaid container in a safe condition.

14.     That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., performed services at JFK International Airport, County of Queens, State of New York.

15.     That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., performed services at JFK International Airport, County of Queens, State of New York, pursuant to a written agreement.

Case 1:18-cv-06982-NGG-ST   Document 1-2   Filed 12/07/18   Page 5 of 10 PageID #: 12

INDEX NO. 522195/2018

NYSCEF DOC. NO. 1

RECEIVED NYSCEF: 11/05/2018

16.    That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., leased the aforesaid container.

17.    That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., was the lessor of the aforesaid container.

18.    That at all times hereinafter mentioned, defendant, AIRCRAFT SERVICE INTERNATIONAL, INC., was the lessee of the aforesaid container.

19.    That on July 5, 2016, plaintiff, PETER HUNTER, was lawfully employed at JFK International Airport, County of Queens, State of New York.

20.    That on July 5, 2016, while plaintiff, PETER HUNTER, was working, an employee of defendant negligently caused plaintiff to sustain severe and permanent injuries.

21.    That the defendant, their agents, servants and/or employees were negligent, reckless and careless in the ownership, operation, possession, control, supervision, maintenance, repair and management of the aforesaid container.

22.    That the aforesaid occurrence was caused wholly and solely by reason of the negligence of defendant, without any fault or negligence on the part of the plaintiff, PETER HUNTER, contributing thereto.

23.    The above-mentioned occurrence, and the results thereof, were caused by the negligence of the defendant and/or said defendant's agents, servants, employees, contractors and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

24.    That the defendant, its agents, servants, and/or employees were negligent and careless in knowingly allowing and permitting the aforementioned container to be and remain in a dangerous condition; in negligently and carelessly causing and permitting said container to be and remain in

said condition for an unreasonable length of time, resulting in a hazard to the public and in particular, the plaintiff herein; in negligently and carelessly permitting the use of said container by its invitees and/or licensees after creating such a hazardous condition and in unreasonably and improperly not taking affirmative action to exercise a duty of care and remedy same by removing such hazardous condition, thereby creating a danger to the plaintiff and others.

25.     That by reason of the foregoing, plaintiff, PETER HUNTER, has been damaged in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action.

**WHEREFORE**, plaintiff demands judgment against the defendant in an amount which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction over this action, together with the interest, costs and disbursements.

Dated: Mineola, New York
      October 31, 2018

                                          **KASTON & ABERLE, LLP**

                                          By:_____
                                            **RICHARD M. ABERLE, ESQ.**
                                          *Attorneys for Plaintiff*
                                          259 Mineola Boulevard
                                          Mineola, New York 11501
                                          (516) 873-3040
                                          File No. JM 5522

**TO:**    *Service via Secretary of State*
        *pursuant to §306*
        **AIRCRAFT SERVICE INTERNATIONAL, INC.**
        c/o Corporation Service Company
        80 State Street
        Albany, New York 12207-2543

Case 1:18-cv-06982-NGG-ST    Document 1-2    Filed 12/07/18    Page 7 of 10 PageID #: 14

# ATTORNEY VERIFICATION

STATE OF NEW YORK    }
                             } ss.:
COUNTY OF NASSAU    }

I, RICHARD M. ABERLE, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following under the penalties of perjury:

1.      I am a partner of the law firm of KASTON & ABERLE, LLP, attorneys of record for the plaintiff, in the within action.

2.      I am fully familiar with the facts and circumstances of this action from a review of the file maintained by this office.

3.      I have read the foregoing *SUMMONS AND VERIFIED COMPLAINT* and know the contents thereof and same is true to my knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

4.      The reason this Verification is made by me and not by the plaintiff is because the plaintiff is an individual who is outside the county from where deponent maintains his principal office.

Dated: Mineola, New York
        October 31, 2018

_____
RICHARD M. ABERLE, ESQ.

Case 1:18-cv-06982-NGG-ST    Document 1-2    Filed 12/07/18    Page 8 of 10 PageID #: 15

Index No. _____          Year 2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

PETER HUNTER,

                                        Plaintiff,

        -against-

AIRCRAFT SERVICE INTERNATIONAL, INC.,

                                        Defendant.

### SUMMONS AND VERIFIED COMPLAINT

### KASTON & ABERLE, LLP
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
**259 MINEOLA BOULEVARD**
**MINEOLA, NEW YORK 11501**
**(516) 873-3040**
**FAX: (516) 873-5166**

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained on the annexed document are not frivolous and that we are in compliance with the remaining sections thereof and with Section 22 NYCRR 1200.41-a.*

*Dated:* November 1, 2018

Signature _____
Print Signer's Name **RICHARD M. ABERLE, ESQ.**

Service of a copy of the within                                        is hereby admitted.
Dated
Attorneys for        .............................................

*S I R : - PLEASE TAKE NOTICE*

☐        that the within is a *(certified)* true copy of a
         duly entered in the office of the clerk of the within named court on

NOTICE OF
 ENTRY

☐        that an Order of which the within is a true copy will be presented for settlement to

the Hon. _____        one of the judges of the within named court, at
NOTICE OF SETTLEMENT        on                at        AM.
Dated:

                                        Yours, etc.,
                                        **KASTON & ABERLE, LLP**
                                        *Attorneys for Plaintiff*
                                        *Office and Post Office Address, Telephone*
                                        **259 MINEOLA BOULEVARD**
                                        **MINEOLA, NEW YORK 11501**
                                        **(516) 873-3040**
                                        **FAX: (516) 873-5166**

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF _new york_

### STATEMENT OF AUTHORIZATION FOR
### ELECTRONIC FILING
(Single Attorney Authorizing Individual Filing Agent)

I, _Richard M. Aberle_, Esq., ( Attorney Registration No. _2225845_ ) am an authorized user of the New York State Courts Electronic Filing System ("NYSCEF") (User ID _RMABERLE_ ). I hereby authorize _Anais Rosales (arosales)_ ("the filing agent") to utilize his/her NYSCEF filing agent ID to file documents on my behalf and at my direction in any e-filed matter in which I am counsel of record through the NYSCEF system, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which I have previously consented to e-filing, to any mandatory matter in which I have recorded my representation, and to any matter in which I may authorize the filing agent to record my consent or representation in the NYSCEF system.

This authorization extends to any and all documents I generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which I am counsel of record, shall be deemed to accompany any document filed in that matter by the filing agent.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account I maintain with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until I revoke it in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: _May 11, 2016_

_[signature]_
Signature

_Richard M. Aberle_
Print Name

_Kaston + Aberle, LLP_
Firm/Department

_259 mineola Boulevard_
Street Address

_mineola, new york 11501_
City, State and Zip Code

_(516) 873- 3040_
Phone

_Raberle@kalawny.com_
E-Mail Address

(6/6/13)

3

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

SUPREME COURT
STATE OF NEW YORK, COUNTY OF KINGS

Purchased/Filed: November 5, 2018

Index #  522195/2018

*Peter Hunter*                                                                     Plaintiff

against

*Aircraft Service International, Inc.*                                          Defendant

STATE OF NEW YORK              SS.:
COUNTY OF ALBANY

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ November 9, 2018 _____ , at __ 11:45 AM __ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint with Notice of Electronic Filing

on

_____ Aircraft Service International, Inc. Fict Greyhound Aircraft Service International _____ , the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__    Approx. Wt: __130lbs__    Approx. Ht: __5'3"__

Color of skin: __White__    Hair color: __Black__    Sex: __Female__    Other: _____

Sworn to before me on this

__9th__  day of November 2018

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone

**Attny's File No.**  JM 5522

Invoice•Work Order # S1814396

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*

1 of 1